EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
| | 2025 TSPR 58 |
| | |
| | 215 DPR ___ |
| Roxanna García González | |

Número del Caso:  TS-15,695

Fecha:  22 de mayo de 2025

Representante legal de la peticionaria:

Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*


Roxanna García González          TS-15,695


RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2025.

Examinada la *Solicitud de cambio de estatus de abogada inactiva a activa en el Registro Único de Abogados y Abogadas* presentada el 19 de mayo de 2025 por la Sra. Roxanna García González, se readmite al ejercicio de la abogacía.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena a la licenciada García González actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo